STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

FILED
May 19 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:22-MJ-70291 MAG |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND ORDER |
| v. | ) |
| BRIAN ORDONEZ, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against BRIAN ORDONEZ, without prejudice to re-filing, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case against BRIAN ORDONEZ.

DATED: May 18, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the complaint against BRIAN ORDONEZ without prejudice. It is further ordered that the arrest warrant issued in connection with the complaint in this case is quashed.

Date: May 19, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge